UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PARK, CATHERINE RAMOS, GEOFFREY ADAMSON and MICHAEL KUZMIAK,<br><br>       *Plaintiffs*,<br><br>   v.<br><br>SHINHAN FINANCIAL GROUP CO., LTD., SHINHAN BANK CO., LTD., SHINHAN BANK AMERICA, JIN OK-DONG, JI YOUNG YOOK, CHARLES CONSTANTIN, JUNG JI HO, KANG SHIN TAE, DANIEL E. FRYE, DAE-KI MIN, WALTER O'MEARA, RYAN PAK, and LEE SOON YOO,<br><br>       *Defendants*. | Case No. 22-cv-10331 (VSB)(KHP) |

## NOTICE OF MOTION TO DISMISS

   PLEASE TAKE NOTICE THAT, Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook, by and through their undersigned counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby move to dismiss with prejudice all causes of action in the Amended Complaint filed on February 8, 2023 as asserted against them, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and upon the accompanying Memorandum of Law.

| | |
|---|---|
| Dated: June 8, 2023<br>     New York, New York | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: */s/ Liza M. Velazquez* |

2

    Michael E. Gertzman
    Liza M. Velazquez
    Leah J. Park
    1285 Avenue of the Americas
    New York, NY  10019-6064
    Phone:  (212) 373-3000
    Fax:  (212) 757-3990
    mgertzman@paulweiss.com
    lvelazquez@paulweiss.com
    lpark@paulweiss.com

*Attorneys for Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook*