**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   8/16/23

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3096

WRITER'S DIRECT FACSIMILE
212-492-0096

WRITER'S DIRECT E-MAIL ADDRESS
lvelazquez@paulweiss.com

August 15, 2023

VIA ECF
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007
(212) 805-6165

*Park, et al.,* v. *Shinhan Bank America, et al.*, S.D.N.Y. 1:22-cv-10331 (VSB)

Hon. Judge Broderick:

We represent Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-ki Min, Ryan Pak, and Ji Young Yook (together, the "U.S.-Based Defendants") in the above-captioned matter. We write regarding Plaintiffs' motion for leave to file a second amended complaint and opposition to the U.S.-Based Defendants' motion to dismiss the first amended complaint, both filed on August 7, 2023 (ECF Nos. 21–23).

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Pursuant to Your Honor's Order dated August 3, 2023 (ECF No. 20), the U.S.-Based Defendants' reply in further support of their motion to dismiss the first amended complaint is due on September 5, 2023.  Under the Local Civil Rules of the U.S. District Court for the Southern District of New York, § 6.1(b), the U.S.-Based Defendants' opposition to Plaintiffs' motion for leave to file a second amended complaint is due on August 21, 2023.  Pursuant to Your Honor's Individual Rules & Practices in Civil Cases, § 4.B, the page limit for the reply brief is 10 pages, and the page limit for the opposition brief is 25 pages.

In the interests of efficiency, the U.S.-Based Defendants respectfully seek the Court's permission to file one omnibus brief, responding to Plaintiffs' motion to amend and in further support of the U.S. Defendants' motion to dismiss, of **20 pages** on **September 8, 2023**.  This is the first application by the U.S.-Based Defendants regarding extension of time and page limit.  No other deadlines would be affected should the Court grant this request.

Plaintiffs' counsel consents to the U.S.-Based Defendants' request regarding the time limit for their omnibus brief but does not take a position regarding the request regarding page limit.

Respectfully Submitted,

*/s/ Liza M. Velazquez*

Liza M. Velazquez