# Morgan Lewis

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**

Date: October 29, 2024

The parties are given until November 8, 2024 to meet and confer regarding whether Plaintiffs will consent to arbitration and/or a mutually agreeable briefing schedule on an anticipated Motion to Compel.

**Lincoln O. Bisbee**
+1.212.309.6104
lincoln.bisbee@morganlewis.com

October 28, 2024

**Re: *Park v. Shinhan Financial Group Co., LTD et al.*, No. 1:22-cv-10331**

Judge Broderick:

This firm was recently retained as new counsel to represent Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook in the above-referenced matter (collectively, "Defendants"). *See* Dkt. 33 (Notice of Substitution of Counsel).

Upon retention, we became aware that each Plaintiff in this Action executed an agreement requiring the arbitration of disputes related to their employment before the American Arbitration Association. Defendants intend to move to compel arbitration and stay the present Action pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* (the "Motion to Compel"). We write now to: (1) apprise the Court of our anticipated Motion to Compel given its potential impact on the motions currently pending before the Court; and (2) request that the Court provide the parties with an opportunity to meet and confer about Defendants' anticipated Motion to Compel.

As the Court knows, prior counsel for Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint on June 8, 2024. *See* Dkt. 15. In response, on August 7, 2023, Plaintiffs both opposed the Motion to Dismiss and filed a Motion to Amend the Complaint. *See* Dkt. 21-23. Both motions are fully briefed and pending before the Court. If granted, the Motion to Compel would moot both the Motion to Dismiss and Motion to Amend. Alternatively, if the Court denies the Motion to Compel, Defendants would renew their pending and fully briefed Motion to Dismiss.

In order to proceed as efficiently as possible, Defendants request that the parties be given until November 8, 2024 to meet and confer regarding whether Plaintiffs will consent to arbitration and/or a mutually agreeable briefing schedule on the Motion to Compel. Alternatively, if the Court wishes to set a briefing schedule now, Defendants propose the following:

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060      ☏ +1.212.309.6000
United States                 ✆ +1.212.309.6001

October 28, 2024
Page 2

Motion to Compel due November 21, 2024, Opposition due December 19, 2024 and Reply due January 9, 2025.

Defendants appreciate the Court's consideration of this request and are available for a conference, should the Court wish to discuss the Motion to Compel before its submission.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS**

/s/ *Lincoln O. Bisbee*
Lincoln O. Bisbee
Lucas Hakkenberg
Carolyn M. Corcoran
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309.6394
Fax: (212) 309.6001
lincoln.bisbee@morganlewis.com
lucas.hakkenberg@morganlewis.com
carolyn.corcoran@morganlewis.com

*Attorneys for Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook*