**LAW OFFICES OF IAN WALLACE, PLLC**
347 FIFTH AVENUE, SUITE 1402-497
NEW YORK, NEW YORK 10016

Tel: (212) 661-5306  Fax: (646) 349-5308
Email: ifw@wallacelaw-ny.com

November 7, 2024

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Dated: November 7, 2024

Re:  *Park, et al. v. Shinhan Bank of America, et al.*
     **Civil Action No.: 22-CV-10331**

Hon. Vernon S. Broderick:

    I represent the Plaintiffs in the referenced action and write to respectfully request a two-week extension of the deadline by which to advise the Court whether the parties have agreed to refer Plaintiffs' claims for arbitration, and stay this action, or, alternatively, for the parties to propose a briefing schedule for Defendants' proposed motion to compel arbitration.

    This is the first request to extend the subject deadline and is motivated by the factual and legal complexity of the issues involved and also undersigned counsel's litigation schedule and pressing matters in other cases.

    Defendants have consented to the proposed additional time requested.

    No other deadlines would be affected were this court to grant this application.

Respectfully submitted,

Ian F. Wallace