# Morgan Lewis

**Lincoln O. Bisbee**
+1.212.309.6104
lincoln.bisbee@morganlewis.com

December 3, 2024

---

**SO ORDERED:**

*[signature]*

**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**

Date: December 3, 2024

Defendants' proposed briefing schedule for a motion to compel arbitration is approved.

The Clerk of Court is respectfully directed to terminate the pending letter motion dated November 21, 2024, (Doc. 40).

---

**Re: *Park v. Shinhan Financial Group Co., LTD et al.*, No. 1:22-cv-10331**

Judge Broderick:

This firm represents Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook in the above-referenced matter (collectively, "Defendants"). After engaging in several meet and confers with Plaintiffs, Defendants write with Plaintiffs' consent to propose the following briefing schedule for Defendants' proposed motion to compel arbitration:

- Motion to compel due January 17, 2025;
- Opposition due February 17, 2025;
- Reply due March 17, 2025.

Additionally, Plaintiffs have recently indicated they may move to further amend their complaint and Defendants are considering their position on such request in light of the planned motion to compel briefing.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001

December 3, 2024
Page 2

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS**

/s/ *Lincoln O. Bisbee*
Lincoln O. Bisbee
Lucas Hakkenberg
Carolyn M. Corcoran
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309.6394
Fax: (212) 309.6001
lincoln.bisbee@morganlewis.com
lucas.hakkenberg@morganlewis.com
carolyn.corcoran@morganlewis.com

*Attorneys for Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook*