UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    :
JAMES PARK, *et al.*,                               :
                                                    :
                                Plaintiffs,         :
                                                    :            22-CV-10331 (VSB) (KHP)
                    -against-                        :
                                                    :                    **ORDER**
SHINHAN FINANCIAL GROUP CO., LTD.,  :
*et al.*,                                           :
                                                    :
                                Defendants.  :
                                                    :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On February 3, 2025, Plaintiffs filed a letter requesting additional time to respond to

Defendants' motion to compel and expressing intent to move for leave to amend the operative

complaint.  (Doc. 45.)  Regarding the extension request, Defendants have consented.  (*Id.* at 1.)

Regarding the anticipated motion for leave to amend, Defendants opposed the following day on

February 4, 2025.  (Doc. 46.)  Accordingly it is hereby:

ORDERED that, with regard to the motion to compel, Plaintiffs shall file their opposition

papers on or before March 17, 2025, and Defendants shall file their reply papers on or before

March 24, 2025.

IT IS FURTHER ORDERED that Plaintiffs file their motion for leave to file a third

amended complaint on or before March 17, 2025.  In their motion, Plaintiffs are directed to note

whether their pending motion for leave to amend, (Doc. 21), is moot.  Defendants shall file their

opposition papers on or before March 31, 2025, and Plaintiffs shall file their reply papers on or

before April 7, 2025.

SO ORDERED.

Dated:      February 5, 2025
            New York, New York

Vernon S. Broderick
United States District Judge