UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
JAMES PARK, *et al.*,                                  :
                                                       :
                                Plaintiffs,            :
                                                       :          22-CV-10331 (VSB)
                         -against-                     :
                                                       :          <u>**AMENDED ORDER**</u>
SHINHAN FINANCIAL GROUP CO., LTD.,                     :
*et al.*,                                              :
                                                       :
                                Defendants.            :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On March 7, 2025, I issued an order granting the parties' request for extensions regarding Plaintiffs' opposition to Defendants' motion to compel arbitration and Plaintiffs' motion to amend.  (Doc. 51.)  In that order, I also granted Defendants' request to file, by May 30, 2025, their (1) opposition to the motion to amend and (2) reply papers in further support of their motion to compel arbitration.  (*Id.*)  I also granted Plaintiffs' request to file, by June 30, 2025, reply papers in further support of their motion to amend.  (*Id.*)  On May 13, 2025, an order was erroneously issued granting Plaintiffs' motion to amend as unopposed.  (Doc. 61.)  Accordingly, it is hereby:

       ORDERED that the previous order filed on May 13, 2025, (Doc. 61), is vacated.  This Amended Order replaces and supersedes the previous order, (Doc. 61).

       IT IS FURTHER ORDERED that, pursuant to my previous memo endorsement on May 7, 2025, (Doc. 51), Defendants file their (1) opposition to Plaintiffs' motion to amend and (2) reply papers in further support of their motion to compel arbitration by May 30, 2025.

       IT IS FURTHER ORDERED that, pursuant to my previous memo endorsement on May 7, 2025, (Doc. 51), Plaintiffs file their reply papers in further support of their motion to amend

by June 30, 2025.


SO ORDERED.

Dated:    May 13, 2025
          New York, New York

VERNON S. BRODERICK
United States District Judge