**LAW OFFICES OF IAN WALLACE, PLLC**
347 FIFTH AVENUE, SUITE 1402-497
NEW YORK, NEW YORK 10016

Tel: (212) 661-5306      Fax: (646) 349-5308
Email: ifw@wallacelaw-ny.com

July 1, 2025

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    **Re:**    *Park, et al. v. Shinhan Bank of America, et al.*
            **Civil Action No.: 22-CV-10331**

Hon. Vernon S. Broderick:

    I represent the Plaintiffs in the referenced action and write to respectfully request leave to file a notarized version of Plaintiff Michael Kuzmiak's reply affidavit. Yesterday, in view of the deadline, an unnotarized version of Mr. Kuzmiak's affidavit was filed via ECF. [*See* DN 68]. Mr. Kuzmiak had encountered difficulties in notarizing his affidavit and was unable to send a notarized affidavit to me prior to yesterday's deadline.

    The notarized version of Mr. Kuzmiak's affidavit that I intend to file will be the same in substance as the unnotarized version filed yesterday and hence Defendants would not be prejudiced were this Court to grant the relief requested.

                                          Respectfully submitted,

                                          Ian F. Wallace

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.**

Date: July 2, 2025