**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES PARK, et al.,

                Plaintiffs,

     -against-                              22 **CIVIL** 10331 (VSB)

                                                      **JUDGMENT**

SHINHAN BANK AMERICA, et al.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2025, Defendants' motion to compel arbitration is DENIED, and their motion to dismiss Plaintiffs' First Amended Complaint in its entirety is GRANTED. Plaintiffs' motion for leave to file the Proposed Second Amended Complaint is DENIED for futility; accordingly, the case is closed.

**Dated:**  New York, New York

       September 23, 2025

                                                        **TAMMI M. HELLWIG**
                                                          Clerk of Court

                         **BY:**
                                                         Deputy Clerk