# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMES PARK, CATHERINE RAMOS, GEOFFREY ADAMSON and

MIKE KUZMIAK,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 10331 (VSB) ( )

-against-

**NOTICE OF APPEAL**

SHINHAN BANK FINANCIAL GROUP CO., LTD., SHINHAN BANK CO., LTD,

SHINHAN BANK AMERICA, ET AL,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: JAMES PARK, CATHERINE RAMOS, GEOFFREY ADAMSON and MIKE KUZMIAK,

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☑ order entered on: SEPTEMBER 23, 2025

(date that judgment or order was entered on docket)

that: DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT IN ITS ENTIRETY AND DENYING PLAINTIFF'S LEAVE TO FILE A SECOND AMENDED COMPLAINT

(If the appeal is from an order, provide a brief description above of the decision in the order.)

OCTOBER 3, 2025

Dated

Signature*

WALLACE, IAN F.

Name (Last, First, MI)

347 FIFTH AVENUE | NEW YORK | NY | 10016
Address | City | State | Zip Code

(212) 661-5306 | IFW@WALLACELAW-NY.COM
Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13