UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PARK, CATHERINE RAMOS, GEOFFREY ADAMSON and MICHAEL KUZMIAK,<br><br>Plaintiffs,<br><br>-against-<br><br>SHINHAN FINANCIAL GROUP CO., LTD., SHINHAN BANK Co., Ltd, SHINHAN BANK AMERICA, JIN OK-DONG, JI YOUNG YOOK, CHARLES CONSTANTIN, JUNG JI HO, KANG SHIN TAE, DANIEL E. FRYE, DAE-KI MIN, WALTER O'MEARA, RYAN PAK and LEE SOON YOO,<br><br>Defendants. | Civil Action No. 22-CV-10331 (VSB)(KHP) |

**NOTICE OF DEFENDANTS SHINHAN BANK AMERICA, CHARLES CONSTANTIN, DANIEL E. FRYE, WALTER O'MEARA, DAE-KI MIN, RYAN PAK, AND JI YOUNG YOOK'S MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook ("Defendants"), pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, Local Rule 6.3 for the United States District Court for the Southern District of New York, and the Individual Rules & Practices of this Court, and upon the accompanying Memorandum of Law in support of this Motion, the pleadings and records on file in this action, and on such other and further evidence or argument as may be presented at or before the hearing of this Motion, respectfully move this Court for an Order reconsidering its recent ruling that "[diversity jurisdiction] is unlikely to exist here"

(Dkt. No. 74 at 30-31 n. 16) and allowing the parties an opportunity to further address the question of diversity jurisdiction.

<table>
<tr><td>Dated: October 7, 2025</td><td>MORGAN, LEWIS AND BOCKIUS LLP<br><br>By:   /s/ Lucas Hakkenberg<br><br>Lincoln O. Bisbee<br>Lucas Hakkenberg<br>Carolyn M. Corcoran<br>101 Park Avenue<br>New York, NY 10178<br>Tel.: (212) 309-6104<br>Fax: (212) 309-6001<br>Email: lincoln.bisbee@morganlewis.com<br>Email: carolyn.corcoran@morganlewis.com<br>Email: lucas.hakkenberg@morganlewis.com<br><br>*Attorneys for Defendants Shinhan Bank America, Charles Constantin, Daniel E. Frye, Walter O'Meara, Dae-Ki Min, Ryan Pak, and Ji Young Yook*</td></tr>
</table>

**SO ORDERED:**

*/s/ Vernon S. Broderick*

**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**

Date:  October 8, 2025

This motion is held in abeyance pending resolution of the appeal. Only then, the parties may raise this issue if needed.

The Opinion & Order did not dismiss the state law claims on the basis of lack of diversity jurisdiction.  Rather, I declined to exercise supplemental jurisdiction based on Plaintiffs' assertion of federal question jurisdiction, and surmised in a footnote the possibility that diversity jurisdiction may not exist.  (Doc. 74 at 29-31.)

The Clerk of Court is respectfully directed to terminate Document 77.